**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL LaJOCIES,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, *et al.*,<br><br>        Defendants. | Case No.  2:08-cv-00606-GMN-GWF<br><br>**ORDER**<br><br>**Request for Exception of Attendance Requirement - #138** |

This matter is before the Court on Defendant Mark Paresi's Request for Exception of Attendance Requirement at the Settlement Conference Scheduled for March 16, 2011 (#138), filed March 2, 2011.  Upon review and consideration,

**IT IS ORDERED** that Defendant Mark Paresi's Request for Exception of Attendance Requirement at the Settlement Conference Scheduled for March 16, 2011 (#138) is **granted**.

DATED this 3rd day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge