Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 309-3333
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

* * * * *

| | |
|---|---|
| DANIEL LaJOCIES,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; MARK PARESI, FORMER POLICE CHIEF, FOR THE CITY OF NORTH LAS VEGAS; JOSEPH FORTI, CURRENT POLICE CHIEF, FOR THE CITY OF NORTH LAS VEGAS; being sued in both his individual and official capacity, and OFFICER MICHAEL L. BRIGIDA, JR., being sued in both his individual and official capacity, DOES I-10, Defendant BLACK AND WHITE MUNICIPAL/COUNTY/STATE ENTITIES; RED AND WHITE CORPORATIONS I-V, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:08-cv-00606-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...

...

...

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 1 day of February, 2012.      DATED this 1 day of February, 2012.

FREEMAN & ASSOCIATES                      CHESNOFF & SCHONFELD

*signature*

Robert W. Freeman, Jr., Esq.              /s/ Richard Schonfeld
Nevada Bar No. 3062                       Richard Schonfeld, Esq.
1060 Wigwam Parkway                       Nevada Bar No. 6518
Henderson, Nevada 89074                   520 South Fourth Street
Attorney for Defendant                    Las Vegas, Nevada 89101
                                          Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED** this 1st day of February, 2012.

*signature*

_____
Gloria M. Navarro
United States District Judge

Page 2